VICTORIA HOSPITAL, INC. *v.* STATE DEPARTMENT
OF HEALTH

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is granted.

*Robert L. Hirtle, Jr.,* assistant attorney general, with whom was *F. Michael Ahern,* assistant attorney general, for the appellee (defendant).

*Thomas H. Corrigan,* for the appellant (plaintiff).

Argued October 4—decided October 14, 1966

The plaintiff filed a motion for reargument which was denied.

THE HARTFORD NATIONAL BANK AND TRUST COMPANY,
TRUSTEE (ESTATE OF CORANNA B. CONNERTON),
ET AL. *v.* FRANK P. CONNERTON

The appeal from the Superior Court in Hartford County is dismissed; as to the judgment, see Practice Book § 734.

*Joseph S. Sudarsky,* for the appellees (plaintiffs).

*Thomas C. Cambria,* for the appellant (defendant).